IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES SULTAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   NO. 12-934-SCW |
| | ) |
| C/O HORMAN and C/O COFFEY, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

Defendants C/O Horman and C/O Coffey were granted summary judgment and case dismissed with prejudice by an Order entered by Magistrate Judge Stephen C. Williams on September 19, 2013 (Doc. 55).

**THEREFORE, IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants **C/O HORMAN** and **C/O COFFEY** and against Plaintiff **CHARLES SULTAN**.

Plaintiff shall take nothing from this action.

**DATED**: September 24, 2013

NANCY J. ROSENSTENGEL, CLERK

BY: S/Angela Vehlewald
Deputy Clerk

Approved by     s//Stephen C. Williams
United States Magistrate Judge
Stephen C. Williams